UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARY ROSE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:16-cv-03212-TWP-MJD |
| FRANCISCAN ALLIANCE INC., | ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendant Franciscan Alliance, Inc. and against Plaintiff Mary Rose. The Plaintiff shall take nothing by her Complaint, and this action is **TERMINATED**.

Dated: 6/4/2018

Laura A. Briggs, Clerk of Court

By: _____
    Deputy Clerk

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicholas Scott Johnston
HALL, RENDER, KILLIAN, HEATH & LYMAN, PC
njohnston@hallrender.com

Dana Eugene Stutzman
HALL, RENDER, KILLIAN, HEATH & LYMAN, PC
dstutzman@hallrender.com

Christopher S. Wolcott
WOLCOTT LAW FIRM LLC
indy2buck@hotmail.com